IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

SHERRY A. ASHLEY                                                                    PLAINTIFF

VS.                             CASE NO. 5:06CV00249 HLJ

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                              DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Plaintiff's complaint is dismissed with prejudice.

SO ADJUDGED this 28th day of March, 2008.

_____
UNITED STATES MAGISTRATE JUDGE